# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) 1: 10CR0500 OWW
                                    )
                                    )
DARRIAN JEFFREY SUMMERS )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
                        (**X**) Ad Prosequendum                                        ( ) Ad Testificandum.
Name of Detainee:         Darrian Jeffrey Summers
Detained at (custodian):     Soledad State Prison - North Campus, Soledad, CA

Detainee is:     a.)     (**X**) charged in this district by:
                                 (**X**) Indictment                ( ) Information              ( ) Complaint
                                 Charging Detainee With:    **18 U.S.C. §§ 1349, 1343, 1341, 1956, 1957, 981 & 982**
         or     b.)     ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)     (**X**) return to the custody of detaining facility upon termination of proceedings
         or     b.)     ( ) be retained in federal custody until final disposition of federal charges, as a sentence is
                                 currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

                               Signature:    /s/ Mark J. McKeon
                               Printed Name & Phone No: Mark J. McKeon/ 559-497-4000
                               Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS
                        (**X**) Ad Prosequendum                                        ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

4 January 2011                                           /s/ *Dennis L. Beck*
Date                                                          United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male X | Female |
| Booking or CDC #: | CDC: T51100 | DOB: | 08/11/1970 |
| | Release Date: February 16, 2012 | Race: | W |
| | | FBI #: | 507353MA6 |
| Facility Phone: | 831/678-3951 | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on _____ by _____             _____
                                                                                                                           (Signature)