**DALE A. BLICKENSTAFF - #40681**
Attorney at Law
2350 W. Shaw Ave, Suite 132
Fresno, California 93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile

Attorney for Defendant, DARRIAN JEFFREY SUMMERS

## UNITED STATES DISTRICT COURT - EASTERN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:10-CR-00500-003 OWW |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE SENTENCING |
| v. ) | |
| ) | Date  :  **August 29, 2011** |
| DARRIAN JEFFREY SUMMERS, ) | Time  :  9:00 a.m. |
| ) | Dept  :  3 |
| Defendant. ) | Judge  :  Hon. Oliver W. Wanger |
| ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the sentencing hearing, currently scheduled for August 29, 2011, at 9:00 a.m., be continued to September 19, 2011, at 9:00 a.m.

    The United States Probation Department has been unable to schedule an interview with the Defendant until August 1, 2011, at 11:00 a.m. A new sentencing date of September 19, 2011, at 9:00 a.m., would allow the USPO to meet appropriate deadlines for completion and submission of her pre-sentence report.

Dated: July 22, 2011          /s/_____
                              DALE A. BLICKENSTAFF, Attorney for Defendant
                              DARRIAN JEFFREY SUMMERS


Dated: July 22, 2011          /s/_____
                              MARK McKEON, Assistant United States Attorney

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING**
Case No. 1:10-CR-00500-003 OWW

1
2
## ORDER

Good case appearing, sentencing in this matter is continued to September 19, 2011, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   July 25, 2011                             /s/ Oliver W. Wanger
                                                   UNITED STATES DISTRICT JUDGE