**DALE A. BLICKENSTAFF - #40681**
Attorney at Law
2350 W. Shaw Ave, Suite 132
Fresno, California 93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile

Attorney for Defendant, DARRIAN JEFFREY SUMMERS

## UNITED STATES DISTRICT COURT - EASTERN

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:10-CR-00500-003 OWW |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | Date : September 19, 2011 |
| DARRIAN JEFFREY SUMMERS, | Time : 9:00 a.m. |
| | Dept : 3 |
| Defendant. | Judge : Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the sentencing hearing, currently scheduled for September 19, 2011, at 9:00 a.m., be continued to October 31, 2011, at 9:00 a.m.

The Pre-Sentence Report ("PSR") was received by Counsel on August 17, 2011. The Defendant, who is housed at the Lerdo Detention Center could not be seen for discussion of the PSR until August 26, 2011. More time is necessary to complete informal objections which are due on August 29, 2011. A new sentencing date of October 31, 2011 would allow deadlines to be extended as follows:

| | |
|---|---|
| **Objections Due to Probation & AUSA** | October 4, 2011 |
| **Objections Filed with Court and Served on USPO and AUSA** | October 24, 2011 |
| **Sentencing Date** | October 31, 2011 |

/ / /

Dated: August 26, 2011

/s/
DALE A. BLICKENSTAFF, Attorney for Defendant
DARRIAN JEFFREY SUMMERS

Dated: August 26, 2011

/s/
MARK McKEON, Assistant United States Attorney

## ORDER

Good case appearing, sentencing in this matter is continued to October 31, 2011, at 9:00 a.m.

**IT IS SO ORDERED**.

IT IS SO ORDERED.

**Dated:   August 26, 2011**            /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE