BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | CASE NO. 1:10-CR-00500-AWI |
| )                                  | |
| Plaintiff,       )                 | STIPULATION AND ORDER TO |
| )                                  | CORRECT JUDGMENT **[CORRECTED]** |
| v.       )                         | |
| )                                  | |
| DARRIAN JEFFREY SUMMERS,       )   | |
| )                                  | |
| Defendant.       )                 | |
| )                                  | |
| _____ )   | |

Sentencing in this matter occurred on November 28, 2011, at 9:00 a.m.  At sentencing, the court ordered the defendant to pay restitution in the amount of **$1,300,700.62**.  This amount was based upon the victim schedule attached to the government's sentencing memorandum filed November 23, 2011.  C.R. 84.  However, according to the victim schedule, the correct amount of restitution ordered should have been **$1,311,799.62**.[1]

Accordingly, the parties hereby stipulate pursuant to Rule

---

[1] The court apparently made this error because the government's sentencing memorandum contained a typographical error stating the lower amount.

1

35(a) of the Federal Rules of Criminal Procedure that the court may correct this sentence which resulted from an arithmetical, technical or other clear error to state that the defendant is ordered to pay restitution in the amount of **$1,311,799.62.**

DATED: November 29, 2011    BENJAMIN B. WAGNER
United States Attorney

By:    /s/ Mark J. McKeon
MARK J. McKEON
Assistant U.S. Attorney

DATED: November 29, 2011      /s/ Dale A. Blickenstaff
DALE A. BLICKENSTAFF
Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:      December 2, 2011
CHIEF UNITED STATES DISTRICT JUDGE

2