```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARK J. MCKEON
    Assistant U.S. Attorneys
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559)497-4000
    Facsimile: (559)497-4099
 5
 6
 7
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-CR-00500-AWI |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| PAUL ANTHONY VASQUEZ, STEFAN LEMAR MILLER, and DARIAN JEFFREY SUMMERS, | |
| Defendants. | |

WHEREAS, on August 2, 2011, December 22, 2011, and March 7, 2012, this Court entered a Preliminary Orders of Forfeiture pursuant to the provisions of 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c), based upon the plea agreements entered into between plaintiff and defendants Darian Jeffrey Summers, Stefan Lemar Miller, and Paul Anthony Vasquez, respectively, forfeiting to the United States the following property:

    1.    Approximately $395,465.00 in U.S. currency, seized from 20325 Aurora Lane, Santa Clarita, California 91351,

    2.    Approximately $300,000.00 in U.S. Currency, seized from Unit D472 at Public Storage located at 8200 Balboa Blvd., Van Nuys, California, held in the name of Paul Anthony

|   |   |   |
|---|---|---|
| 1 |  | Vasquez, |
| 2 | 3. | Approximately $210,000.00 in U.S. Currency seized from Unit G068 at Public Storage located at 7660 Balboa Blvd., Van Nuys, California, held in the name of Paul Anthony Vasquez, |
| 5 | 4. | 2010 Chevrolet Camaro 2SS Vehicle, bearing California License plate 6MBX150, vehicle identification number 2G1FK1EJXA9191082, |
| 7 | 5. | 2007 Cadillac CTS Vehicle, bearing California License plate 6JOB464, vehicle identification number 1G6DP577670106916, |
| 9 | 6. | 2005 Chrysler 300 Vehicle, bearing California License plate 5HK9529, vehicle identification number 2C3JA63H95H121834, |
| 11 | 7. | Ladies diamond ring, size 7.5, 1.5 carat, SKU number 175864471169550, |
| 12 | 8. | JP Morgan Chase Bank Account, Account number 892922279, for $13,778.18, |
| 14 | 9. | JP Morgan Chase Bank Account, Account number 892922261, for $176.54, and |
| 16 | 10. | All funds maintained in Bank of America, Bank Account Number 09068-66120, up to and including the sum of $33,630.39 |

AND WHEREAS, beginning on December 23, 2011 and again on May 25, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the United States sent direct written notice by certified mail and first class mail Candy Hackney;

AND WHEREAS, due to the nature of the assets and to the

extensive commingling of the funds in the bank accounts, identification of any asset directly traceable to any other identifiable third party, including any victim-investors, could not be accomplished, and therefore, no other person was provided direct written notice pursuant to 21 U.S.C. § 853(n)(1);

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Paul Anthony Vasquez, Stefan Lemar Miller, Darian Jeffrey Summers, and Candy Hackney.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The United States Department of the Treasury, Internal Revenue Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   June 14, 2013

_____
SENIOR DISTRICT JUDGE