**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES**, | 1:10-cr-00500-AWI |
| Plaintiff, | **ORDER DENYING DEFENDANT'S MOTION FOR RESTITUTION PAYMENT REDUCTION** |
| v. | |
| **DARRIAN J. SUMMERS**, | |
| Defendants. | (Doc. 115) |

Defendant Darrian J. Summers is incarcerated at FCI Petersburg in Hopewell, Virginia, based on a conviction in this Court. Defendant was sentenced to 96 months imprisonment. Doc. 97 at 2. Restitution was imposed in the amount of $1,311,899.62, jointly and severally with co-defendant Stefan Lamar Miller. Doc. 97 at 6. While in custody, Defendant is to pay restitution at the rate of not less than $25.00 per quarter through the Bureau of Prisons Inmate Financial Responsibility Program ("IFRP"). Doc. 97 at 5.

Defendant complains that the current restitution payments are assessed monthly by the IFRP and amount to 50% of his prison salary – defendant has no other income. Defendant asks this Court to suspend payments or set a fixed restitution amount of $25.00 per quarter so that he can save for housing upon release.

The IFRP is a voluntary program designed to "encourage[] each sentenced inmate to meet his or her legitimate financial obligations," including payment of restitution. 28 C.F.R. § 545.10. An inmate is free to refuse to participate in IFRP but the failure to participate carries

1

consequences including: informing the Parole Commission of the failure, limitation on the type and rate of pay for work, limitation on commissary spending, and restriction from community-based incarceration. *See* 28 C.F.R. § 545.11(d). When an inmate voluntarily participates in IFRP, as Defendant has done, he subjects himself to the structured system for calculation of restitution payments that requires payment of "at least $25.00 per quarter," but notes that "[t]his minimum payment may exceed $25.00, taking into consideration the inmate's specific obligations, institution resources, and community resources.[1] Accordingly, no part of the restitution amount taken from Defendant is inconsistent with this Court's restitution order. The Defendant pays a higher restitution amount because, in consideration of his obligations and institutional resources, the IFRP has determined that he is capable of making payments in an amount higher than $25.00 per quarter.

IT IS HEREBY ORDERED that Defendant's motion to reduce restitution payments is DENIED.

IT IS SO ORDERED.

Dated:   November 12, 2015                                    _____
                                                              SENIOR  DISTRICT  JUDGE

---

[1] Inmates that participate in work through UNICOR – a government corporation that sells goods and services made by inmates – are expected to contribute "not less than 50% of their monthly pay" to repayment of financial obligations. 28 C.F.R. § 545.11(b)(2).

2